UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Bruce D. Knight, individually, and Northway Exhibit Marketing, Inc., d/b/a Lincoln Studios Midwest and Vertex Exhibits, <br><br>Plaintiffs, <br><br>vs. <br><br>Production Resource Group, LLC and Haas Multiples Environmental Marketing and Design, Inc., d/b/a Entolo-Minneapolis and Entolo, Inc., <br><br>Defendants. | Case No.  03-6443 (MJD/JGL) <br><br>Docket No.:  80 <br><br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED the above-captioned matter is dismissed with prejudice with each party bearing their own costs and fees.

Dated:  April 26, 2006                              s / Michael J. Davis
                                                    Honorable Michael J. Davis
                                                    United States District Court for the
                                                    District of Minnesota