UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Bruce D. Knight, individually, and Northway Exhibit Marketing, Inc., d/b/a Lincoln Studios Midwest and Vertex Exhibits, | ) ) ) ) | Case No. 03-6443 (MJD/JGL) Docket No.: 80 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| Production Resource Group, LLC and Haas Multiples Environmental Marketing and Design, Inc., d/b/a Entolo-Minneapolis and Entolo, Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED the above-captioned matter is dismissed with prejudice with each party bearing their own costs and fees.

Dated: April 26, 2006                              s / Michael J. Davis
                                                                Honorable Michael J. Davis
                                                                United States District Court for the
                                                                District of Minnesota